IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-08121 |
| Nathaniel Morish, | ) | Hon. Carol A. Doyle |
| | ) | (Kane County) |
| | ) | Hearing Date: August 8, 2013 |
| Debtor. | ) | Time: 11:00 a.m. |

**Notice of Trustee's Motion for Turnover of
Debtor's Final Payment from Illinois Department of Lottery**

TO:   See Attached Service List

PLEASE TAKE NOTICE that on Thursday, August 8, 2013, at 11:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Carol A. Doyle, or any bankruptcy judge sitting in her stead in Courtroom 240 of the Kane County Courthouse, 100 South 3rd Street, Geneva, Illinois, and then and there present the **Trustee's Motion for Turnover of Debtor's Final Payment from Illinois Department of Lottery,** a true and correct copy of which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth C. Berg, Trustee

**Certificate of Service**

I, Elizabeth C. Berg, hereby certify that on August 1, 2013, I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list, either electronically via CM/ECF or via facsimile and first class mail, as indicated on the service list.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth C. Berg, Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth C. Berg

Elizabeth C. Berg
Julia D. Loper
Baldi Berg & Wallace
20 N. Clark St.  #200
Chicago, IL  60602
(312) 726-8150

*Service List*

**Nathaniel Morish, debtor**
**Case No. 13-08121**

**Via Electronic Notice**

Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Winston Slater
*Debtor's Counsel*
attorney@winstonslater.com

**Via First Class Mail**

Nathaniel Morish
2300 College Green Drive
Elgin, IL 60123

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101

Tracey Jacobson
Illinois Department of Lottery
122 South Michigan Ave., 19th Floor
Chicago, IL 60601

Illinois Department of Lottery
101 W. Jefferson
Springfield, IL 62702

Judy Baar Topinka
Comptroller – State of Illinois
325 West Adams
Springfield, IL 62704

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60606

Abel Team Partnership
1410 N. Lawndale
Chicago, IL 60651

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-08121 |
| Nathaniel Morish, | ) | Hon. Carol A. Doyle |
| | ) | (Kane County) |
| | ) | Hearing Date: August 8, 2013 |
| Debtor. | ) | Time: 11:00 a.m. |

**Motion for Turnover of
Debtor's Final Payment from Illinois Department of Lottery**

Elizabeth C. Berg, not individually, but solely as trustee ("Trustee") of the bankruptcy estate ("Estate") of Nathaniel Morish, debtor ("Debtor"), pursuant to section 542 of title 11, United States Code ("Code"), requests this Court to enter an order directing the Illinois Department of Lottery to turnover and deliver to Trustee the Debtor's final lottery payment, and in support thereof respectfully states:

**Case Background**

1. The Debtor commenced this case on February 28, 2013 ("Petition Date"), by filing a voluntary petition for relief under Chapter 7, Title 11 United States Code.

2. Elizabeth C. Berg is the duly appointed and acting chapter 7 trustee in this proceeding.

3. Trustee examined the Debtor at the initial meeting held pursuant to §341 of the Code on April 1, 2013.

4. At the time of the filing of the petition herein, Debtor listed an interest in a $14,000 payment from the Illinois Department of Lottery ("Illinois Lottery"). Debtor has testified that the lottery payment is the final payment he will receive and that it is due to be paid in November 2013.

**Final Lottery Payment**

5. In 1993 Debtor, along with a group of co-workers, won a $13 million prize from the Illinois Lottery. Debtor's final gross annual payment of $20,312.50 is due to be issued on

November 13, 2013 ("Lottery Payment").  In the past, and pursuant to applicable state law, the State of Illinois has withheld state and federal taxes from the Lottery Payment totaling approximately $6,000.00.  The net payment Debtor received in 2012 was $14,218.74.

6. Trustee is unaware of any liens against the Lottery Payment.

7. Debtor does not claim any exemptions in the Lottery Payment.

**Request for Entry of Turnover Order**

8. The Lottery Payment is property of the Estate which the Trustee can use under section 363 of the Code.

9. Trustee has made formal written demand upon the Illinois Lottery for a turnover to the Estate of the Lottery Payment.  Trustee is informed by the Illinois Lottery that Illinois law prohibits it from making payments to anyone other than the Debtor without a court order.  Trustee is informed by the Illinois Lottery that they will turn over the final payment once they receive an order from this Court directing them to do so.

10. Trustee requests the entry of an order directing the Department of the Illinois Lottery to cause the gross amount of the Lottery Payment (i.e. $20,315.50) to be paid directly to the Trustee when it becomes due without withholding any taxes.  The Estate will realize as income the gross amount of the Lottery Payment and pay any taxes due from the Lottery Payment at the Estate's tax rate.

11. Trustee requests that the State of Illinois be directed not to withhold any state or federal income taxes from this final Lottery Payment.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Nathaniel Morish, debtor, requests this Court to enter an order:

A. Directing the Department of the Illinois Lottery to turnover to the Trustee the entire gross amount of Nathaniel Morish's final Lottery Payment of $20,312.50 when such funds become payable;

2

    B.      Directing the Department of the Illinois Lottery and the State of Illinois to avoid withholding any taxes from Debtor's final Lottery Payment.

    C.      For such other and further relief as this Court deems appropriate under the circumstances.

Dated: August 1, 2013

Respectfully submitted,
ELIZABETH C. BERG, as trustee of
the estate of Nathaniel Morish, debtor

By:     /s/ Elizabeth C. Berg
        One of her attorneys

Elizabeth C. Berg
Julia D. Loper
Baldi Berg & Wallace
20 N. Clark St. #200
Chicago, IL 60602
(312) 726-8150