UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
MORISH, NATHANIEL                   §    Case No. 13-08121
                                    §
           Debtor(s)                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                 $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Elizabeth C. Berg_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - DRAFT
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-08121 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: | MORISH, NATHANIEL | | | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | | | | 341(a) Meeting Date: | 04/01/13 |
| For Period Ending: | 03/18/14 | | | Claims Bar Date: | 07/05/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2300 College Green Drive, Elgin, IL 60123 | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. Wallet cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking account | 20.00 | 0.00 | | 0.00 | FA |
| 4. Savings account | 30.00 | 0.00 | | 0.00 | FA |
| 5. Fidelity Stock Account | 106.00 | 0.00 | | 0.00 | FA |
| 6. Second Savings Account | 200.00 | 0.00 | | 0.00 | FA |
| 7. Third Savings Account | 50.00 | 0.00 | | 0.00 | FA |
| 8. Ordinary furniture, 2 year old 40" flat screen TV, | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. PCS President Collection arguably of no value. | 0.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 11. Video camcorder | 50.00 | 0.00 | | 0.00 | FA |
| 12. United Airlines Pension in the sum of $1517/month | 1,517.00 | 0.00 | | 0.00 | FA |
| 13. Lotto Winnings, one payment of $14,100 Payment was due in November, 2013. | 14,100.00 | 14,100.00 | | 20,312.50 | FA |
| 14. Tax Refund estimated to be $4,000 | 4,000.00 | 4,000.00 | | 4,532.00 | FA |
| 15. 2005 Equinox | 5,500.00 | 0.00 | | 0.00 | FA |
| 16. 1993 Buick with a "blown engine" not deemend to ha | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $116,723.00    $18,100.00        $24,844.50    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee collected Debtor's 2012 Tax Refund and also obtained a turnover order for Debtor's Illinois Lottery winnings due

**FORM 1 - DRAFT**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-08121    DRC    Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C. Berg |
| Case Name: | MORISH, NATHANIEL | Date Filed (f) or Converted (c): 02/28/13 (f) |
| | | 341(a) Meeting Date: 04/01/13 |
| | | Claims Bar Date: 07/05/13 |

in November 2013. Trustee collected gross lottery winnings; Trustee oversaw the preparation of Estate tax returns;

Trustee reviewed claims and prepared her TFR

Initial Projected Date of Final Report (TFR): 03/31/14    Current Projected Date of Final Report (TFR): 03/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-08121 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | MORISH, NATHANIEL | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5976 Checking Account |
| Taxpayer ID No: | *******3874 | | | |
| For Period Ending: | 03/18/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,462.00 | | 4,462.00 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,452.00 |
| 01/14/14 | 13 | State of Illinois | LOTTERY WINNINGS: FINAL PAYMENT | 1129-000 | 20,312.50 | | 24,764.50 |
| | | Judy Barr Topinka, Comptroller | | | | | |
| 02/06/14 | 005001 | International Sureties, Ltd. | 2013 Bond Premium | 2300-000 | | 17.02 | 24,747.48 |
| | | Suite 420 | Bond Number: #016026455 | | | | |
| | | 701Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.15 | 24,723.33 |
| 02/25/14 | 005002 | ILLINOIS DEPARTMENT OF REVENUE | Estate's State 1041 Tax Liability | 2820-000 | | 554.00 | 24,169.33 |
| | | P.O. BOX 19053 | Bankruptcy Estate of Nathaniel Morish 13-08121 | | | | |
| | | SPRINGFIELD, IL 62794-9053 | State Tax Due for Year Ending January 31, 2014 | | | | |
| 02/25/14 | 005003 | UNITED STATES TREASURY | Estate's Federal 1041 Tax Liability | 2810-000 | | 226.00 | 23,943.33 |
| | | | 2013 Form 1041 - EIN: 46-6783874 | | | | |
| | | | Bankruptcy Estate of Nathaniel Morish 13-08121 | | | | |
| | | | FederalTax Due for Year Ending January 31, 2014 | | | | |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 33.21 | 23,910.12 |

| Account *******5976 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 20,312.50 | 3 | Checks | 797.02 |
| 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 67.36 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 20,312.50 | | | |
| | | | | Total | $ 864.38 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 4,462.00 | | | |
| | Total | $ 24,774.50 | | | |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-08121 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | MORISH, NATHANIEL | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0734 Checking Account |
| Taxpayer ID No: | *******3874 | | | |
| For Period Ending: | 03/18/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/13 | 14 | United States Treasury San Francisco CA | Tax Refund - 2012 | 1224-000 | 4,532.00 | | 4,532.00 |
| 06/18/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - May 13 Montly Bank Service Fee actually occurred on June 4, 2013. TCMS will not allow me to post date more than 30 days. ~JMM 7.18.13 | 2600-000 | | 10.00 | 4,522.00 |
| 07/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Jun 13 | 2600-000 | | 10.00 | 4,512.00 |
| 08/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Jul 13 | 2600-000 | | 10.00 | 4,502.00 |
| 09/11/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Aug 13 | 2600-000 | | 10.00 | 4,492.00 |
| 10/03/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Sept 13 | 2600-000 | | 10.00 | 4,482.00 |
| 11/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Oct 13 | 2600-000 | | 10.00 | 4,472.00 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 4,462.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 4,462.00 | 0.00 |

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-08121 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MORISH, NATHANIEL | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0734 Checking Account |
| Taxpayer ID No: | *******3874 | | |
| For Period Ending: | 03/18/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0734
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 1 | Deposits | 4,532.00 | 0 Checks 0.00 |
| 0 | Interest Postings | 0.00 | 7 Adjustments Out 70.00 |
| | | | 1 Transfers Out 4,462.00 |
| | Subtotal | $ 4,532.00 | |
| | | | Total $ 4,532.00 |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | $ 4,532.00 | |

Report Totals
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 2 | Deposits | 24,844.50 | 3 Checks 797.02 |
| 0 | Interest Postings | 0.00 | 10 Adjustments Out 137.36 |
| | | | 1 Transfers Out 4,462.00 |
| | Subtotal | $ 24,844.50 | |
| | | | Total $ 5,396.38 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 4,462.00 | |
| | Total | $ 29,306.50 | Net Total Balance $ 23,910.12 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver: 17.05

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 18, 2014 |

Case Number: 13-08121  
Debtor Name: MORISH, NATHANIEL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | Popowcer Katten, Ltd. | Administrative | | $882.00 | $0.00 | $882.00 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee | Administrative | | $3,234.45 | $0.00 | $3,234.45 |
| 001<br>3110-00 | Baldi Berg | Administrative | | $3,339.00 | $0.00 | $3,339.00 |
| 001<br>2200-00 | Elizabeth C. Berg, Trustee | Administrative | | $17.60 | $0.00 | $17.60 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $17.02 | $17.02 | $0.00 |
| | Subtotal for Class Administrative | | | $7,490.07 | $17.02 | $7,473.05 |
| 000001<br>070<br>7100-00 | Asset Acceptance LLC assignee CHASE<br>Bank USA NA<br>Heritage Frist USA<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | (1-1) Modified on 4.15.2013 to correct creditor's name (MG) | $11,404.75 | $0.00 | $11,404.75 |
| 000002<br>070<br>7100-00 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $1,742.91 | $0.00 | $1,742.91 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,617.54 | $0.00 | $3,617.54 |
| 000004<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $3,569.60 | $0.00 | $3,569.60 |
| 000005<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $3,011.96 | $0.00 | $3,011.96 |
| 000006<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $5,237.69 | $0.00 | $5,237.69 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 18, 2014 |
|---|---|---|---|---|---|---|

Case Number: 13-08121  
Debtor Name: MORISH, NATHANIEL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | American InfoSource LP as agent for Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $4,228.28 | $0.00 | $4,228.28 |
| 000008<br>070<br>7100-00 | Capital One Bank (USA) NA<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | (8-1) Modified on 5.15.2013 to correct creditor's name (MG) | $1,751.65 | $0.00 | $1,751.65 |
| 000009<br>070<br>7100-00 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,365.19 | $0.00 | $1,365.19 |
| 000010<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $8,125.09 | $0.00 | $8,125.09 |
| 000011<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $6,429.92 | $0.00 | $6,429.92 |
| 000012<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (12-1) LOWES CONSUMER | $1,771.10 | $0.00 | $1,771.10 |
| 000013<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (13-1) CREDIT CARD DEBT | $10,014.32 | $0.00 | $10,014.32 |
| 000014<br>070<br>7100-00 | American Express Centurion Bank<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (14-1) CREDIT CARD DEBT<br>(14-1) Modified on 6.20.2013 to correct creditor's address (MG) | $370.00 | $0.00 | $370.00 |
| 000015<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $3,148.20 | $0.00 | $3,148.20 |
| 000016<br>070<br>7100-00 | Portfolio Recovery Associates, LLC successor to HSBC BANK NEVADA, N.A.<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $863.46 | $0.00 | $863.46 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 18, 2014 |
|---|---|---|---|---|---|---|

Case Number: 13-08121  
Debtor Name: MORISH, NATHANIEL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000017<br>070<br>7100-00 | Portfolio Recovery Associates, LLC successor to GE MONEY BANK, F.S.B.<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $2,347.70 | $0.00 | $2,347.70 |
| | Subtotal for Class Unsecured | | | $68,999.36 | $0.00 | $68,999.36 |
| | Case Totals: | | | $76,489.43 | $17.02 | $76,472.41 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-08121
Case Name: MORISH, NATHANIEL
Trustee Name: Elizabeth C. Berg

     Balance on hand         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Trustee Expenses: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance LLC assignee CHASE Bank USA NA | $ | $ | $ |
| 000002 | Dell Financial Services, LLC | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | American InfoSource LP as agent for | $ | $ | $ |
| 000005 | American InfoSource LP as agent for | $ | $ | $ |
| 000006 | American InfoSource LP as agent for | $ | $ | $ |
| 000007 | American InfoSource LP as agent for | $ | $ | $ |
| 000008 | Capital One Bank (USA) NA | $ | $ | $ |
| 000009 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000010 | FIA CARD SERVICES, N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000012 | Capital Recovery V, LLC | $ | $ | $ |
| 000013 | American Express Centurion Bank | $ | $ | $ |
| 000014 | American Express Centurion Bank | $ | $ | $ |
| 000015 | LVNV Funding, LLC its successors and assigns as | $ | $ | $ |
| 000016 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000017 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE