# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MORISH, NATHANIEL | § | Case No. 13-08121 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Mr. Jeffrey P. Allsteadt
> Clerk of the U.S. Bankruptcy Court
> 219 S. Dearborn Street
> 7th Floor
> Chicago   IL   60603

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
> 10:30 a.m.
> on Friday, May 2, 2014
> in Courtroom 240 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MORISH, NATHANIEL | § | Case No. 13-08121 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 24,844.50 |
| and approved disbursements of | $ | 934.38 |
| leaving a balance on hand of[1] | $ | 23,910.12 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 3,234.45 | $ 0.00 | $ 3,234.45 |
| Trustee Expenses: Elizabeth C. Berg | $ 17.60 | $ 0.00 | $ 17.60 |
| Attorney for Trustee Fees: Baldi Berg | $ 3,339.00 | $ 0.00 | $ 3,339.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 882.00 | $ 0.00 | $ 882.00 |
| Other: International Sureties, Ltd. | $ 17.02 | $ 17.02 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,473.05 |
| Remaining Balance | | $ | 16,437.07 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,999.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance LLC assignee CHASE Bank USA NA | $ 11,404.75 | $ 0.00 | $ 2,716.85 |
| 000002 | Dell Financial Services, LLC | $ 1,742.91 | $ 0.00 | $ 415.20 |
| 000003 | Discover Bank | $ 3,617.54 | $ 0.00 | $ 861.77 |
| 000004 | American InfoSource LP as agent for | $ 3,569.60 | $ 0.00 | $ 850.35 |
| 000005 | American InfoSource LP as agent for | $ 3,011.96 | $ 0.00 | $ 717.51 |
| 000006 | American InfoSource LP as agent for | $ 5,237.69 | $ 0.00 | $ 1,247.73 |
| 000007 | American InfoSource LP as agent for | $ 4,228.28 | $ 0.00 | $ 1,007.26 |
| 000008 | Capital One Bank (USA) NA | $ 1,751.65 | $ 0.00 | $ 417.28 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | PYOD, LLC its successors and assigns as assignee | $ 1,365.19 | $ 0.00 | $ 325.22 |
| 000010 | FIA CARD SERVICES, N.A. | $ 8,125.09 | $ 0.00 | $ 1,935.56 |
| 000011 | FIA CARD SERVICES, N.A. | $ 6,429.92 | $ 0.00 | $ 1,531.74 |
| 000012 | Capital Recovery V, LLC | $ 1,771.10 | $ 0.00 | $ 421.91 |
| 000013 | American Express Centurion Bank | $ 10,014.32 | $ 0.00 | $ 2,385.62 |
| 000014 | American Express Centurion Bank | $ 370.00 | $ 0.00 | $ 88.14 |
| 000015 | LVNV Funding, LLC its successors and assigns as | $ 3,148.20 | $ 0.00 | $ 749.97 |
| 000016 | Portfolio Recovery Associates, LLC | $ 863.46 | $ 0.00 | $ 205.69 |
| 000017 | Portfolio Recovery Associates, LLC | $ 2,347.70 | $ 0.00 | $ 559.27 |

Total to be paid to timely general unsecured creditors          $          16,437.07

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
                     Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                              Case No. 13-08121-DRC
Nathaniel Morish                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez             Page 1 of 2                Date Rcvd: Apr 03, 2014
                              Form ID: pdf006             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2014.
db           +Nathaniel Morish,    2300 College Green Drive,    Elgin, IL 60123-5644
aty         #+Baldi Berg & Wallace, Ltd,    19 S LaSalle St.,,    Suite 1500,    Chicago, IL 60603-1413
20625334   +++American Express Centurion Bank,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
               Malvern, PA 19355-0701
20618951      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20114317     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
20114316     +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
20303734   +++Asset Acceptance LLC assignee CHASE Bank USA NA,    Heritage Frist USA,    PO Box 2036,
               Warren, MI 48090-2036
20114319    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
20114321     +Blatt Hasenmill Leibsker & Moore,    125 S. Wacker Drive, Suite 400,    Chicago, IL 60606-4440
20114322     +Blitt & Gaines,    661 W. Glenn Ave,    Wheeling, IL 60090-6017
20114323    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
20419669   +++Capital One Bank (USA) NA,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
20114324     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20114325     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
20114326     +Citi,   Po Box 6497,    Sioux Falls, SD 57117-6497
20114327     +Citibank Na,   Po Box 769006,    San Antonio, TX 78245-9006
20114328      Citibankna,   One Sto 1000 Technology Dr,    O Fallon, MO 63368
20307870    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
               PO Box 10390,    Greenville, SC 29603-0390)
20498668      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
20114331     +Global Con,   5320 College Blvd.,    Overland Park, KS 66211-1621
20114333     +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
21047465      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
20676125    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
20114335     +Portfolio,   120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4962
20676127   +++Portfolio Recovery Associates LLC successor to,    GE MONEY BANK FSB Wal-Mart,
               PRA Receivables Management LLC agent,    POB 41067,    Norfolk VA 23541-1067
20676126   +++Portfolio Recovery Associates LLC successor to,    HSBC BANK NEVADA NA General Motors,
               PRA Receivables Management LLC agent,    POB 41067,    Norfolk VA 23541-1067
20114336     +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
20114337     +Provena Central Business Office,    1000 Remington Blvd,    Bolingbrook, IL 60440-4708
20114338     +Sears/Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
20114339     +Sears/Cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
20114340     +Sherman Health,    35134 Eagle Way,    Chicago, IL 60678-1351
20114341     +Target Nb,   Po Box 673,    Minneapolis, MN 55440-0673
20114342     +Unvl/Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
20114344     +Zwicker & Associates,    80 Minuteman Road,    Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20408454      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 04 2014 00:26:20
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK   73126-8941
20114318     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 04 2014 00:22:48      Asset Acceptance Llc,
               Po Box 1630,    Warren, MI 48090-1630
20585535      E-mail/PDF: rmscedi@recoverycorp.com Apr 04 2014 00:26:46      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20328861      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 04 2014 00:32:31      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20114329     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 04 2014 00:32:31      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
20114332      E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2014 00:25:16      Green Tree Servicing L,
               332 Minnesota St Ste 610,    Saint Paul, MN 55101
20114330      E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2014 00:26:44      Gecrb/Ge Money Bank Lo,
               Po Box 103065,    Roswell, GA 30076
20656309      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2014 00:24:35
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
20114334     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2014 00:24:35      Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
20477173     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2014 00:25:46
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 10
```

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                  Date Rcvd: Apr 03, 2014
                               Form ID: pdf006              Total Noticed: 44


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Lois West
aty           Popowcer Katten Ltd
20114343*    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court:  Webbank/Dfs,   1 Dell Way,   Round Rock, TX 78682)
20114320    ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                                          TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2014                            Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2014 at the address(es) listed below:
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Winston  Slater     on behalf of Debtor Nathaniel  Morish attorney@winstonSlater.com
                                                                                                  TOTAL: 4
```