UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
MORISH, NATHANIEL                   §    Case No. 13-08121
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

---

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter  on  . The case was pending for  months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____ By:/s/Elizabeth C. Berg_____
                   Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Green Tree Servicing L 332 Minnesota St Ste 610 Saint Paul, MN 55101 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG, TRUSTEE | | | | | |
| ELIZABETH C. BERG, TRUSTEE | | | | | |
| INTL SURETIES | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| UNITED STATES TREASURY | | | | | |
| IDOR | | | | | |
| BERG, BALDI | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance Llc Po Box 1630 Warren, MI 48090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibank Na Po Box 769006 San Antonio, TX 78245 | | | | | |
| | Citibankna One Sto 1000 Technology Dr O Fallon, MO 63368 | | | | | |
| | Global Con 5320 College Blvd. Overland Park, KS 66211 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | | | | |
| | Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Provena Central Business Office 1000 Remington Blvd Bolingbrook, IL 60440 | | | | | |
| | Sears/Cbna Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/Cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Sherman Health 35134 Eagle Way Chicago, IL 60678 | | | | | |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| 000013 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000014 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | ASSET ACCEPTANCE LLC ASSIGNEE CHASE | | | | | |
| 000008 | CAPITAL ONE BANK (USA) NA | | | | | |
| 000012 | CAPITAL RECOVERY V, LLC | | | | | |
| 000002 | DELL FINANCIAL SERVICES, LLC | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000010 | FIA CARD SERVICES, N.A. | | | | | |
| 000011 | FIA CARD SERVICES, N.A. | | | | | |
| 000015 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| 000016 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000017 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-08121 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MORISH, NATHANIEL | | | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | | | | 341(a) Meeting Date: | 04/01/13 |
| For Period Ending: | 06/02/14 | | | Claims Bar Date: | 07/05/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2300 College Green Drive, Elgin, IL 60123 | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. Wallet cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking account | 20.00 | 0.00 | | 0.00 | FA |
| 4. Savings account | 30.00 | 0.00 | | 0.00 | FA |
| 5. Fidelity Stock Account | 106.00 | 0.00 | | 0.00 | FA |
| 6. Second Savings Account | 200.00 | 0.00 | | 0.00 | FA |
| 7. Third Savings Account | 50.00 | 0.00 | | 0.00 | FA |
| 8. Ordinary furniture, 2 year old 40" flat screen TV, | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. PCS President Collection arguably of no value. | 0.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 11. Video camcorder | 50.00 | 0.00 | | 0.00 | FA |
| 12. United Airlines Pension in the sum of $1517/month | 1,517.00 | 0.00 | | 0.00 | FA |
| 13. Lotto Winnings, one payment of $14,100 Payment was due in November, 2013. | 14,100.00 | 14,100.00 | | 20,312.50 | FA |
| 14. Tax Refund estimated to be $4,000 | 4,000.00 | 4,000.00 | | 4,532.00 | FA |
| 15. 2005 Equinox | 5,500.00 | 0.00 | | 0.00 | FA |
| 16. 1993 Buick with a "blown engine" not deemend to ha | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $116,723.00 | $18,100.00 | | $24,844.50 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee collected Debtor's 2012 Tax Refund and also obtained a turnover order for Debtor's Illinois Lottery winnings due

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.05d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 13-08121    DRC    Judge: DONALD R. CASSLING | Trustee Name:    Elizabeth C. Berg |
| Case Name:    MORISH, NATHANIEL | Date Filed (f) or Converted (c):    02/28/13 (f) |
| | 341(a) Meeting Date:    04/01/13 |
| | Claims Bar Date:    07/05/13 |

in November 2013. Trustee collected gross lottery winnings; Trustee oversaw the preparation of Estate tax returns;

Trustee reviewed claims and prepared her TFR

Initial Projected Date of Final Report (TFR): 03/31/14    Current Projected Date of Final Report (TFR): 03/31/14

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-08121 -DRC | |
| Case Name: | MORISH, NATHANIEL | |
| Taxpayer ID No: | *******3874 | |
| For Period Ending: | 06/02/14 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg | |
| Bank Name: | Associated Bank | |
| Account Number / CD #: | *******5976 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,462.00 | | 4,462.00 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,452.00 |
| 01/14/14 | 13 | State of Illinois<br>Judy Barr Topinka, Comptroller | LOTTERY WINNINGS: FINAL PAYMENT | 1129-000 | 20,312.50 | | 24,764.50 |
| 02/06/14 | 005001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | 2013 Bond Premium<br>Bond Number: #016026455 | 2300-000 | | 17.02 | 24,747.48 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.15 | 24,723.33 |
| 02/25/14 | 005002 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62794-9053 | Estate's State 1041 Tax Liability<br>Bankruptcy Estate of Nathaniel Morish 13-08121<br>State Tax Due for Year Ending January 31, 2014 | 2820-000 | | 554.00 | 24,169.33 |
| 02/25/14 | 005003 | UNITED STATES TREASURY | Estate's Federal 1041 Tax Liability<br>2013 Form 1041 - EIN: 46-6783874<br>Bankruptcy Estate of Nathaniel Morish 13-08121<br>FederalTax Due for Year Ending January 31, 2014 | 2810-000 | | 226.00 | 23,943.33 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 33.21 | 23,910.12 |
| 05/05/14 | 005004 | Popowcer Katten, Ltd. | Accountant for TR Fees (Other Firm) | 3410-000 | | 882.00 | 23,028.12 |
| 05/05/14 | 005005 | Elizabeth C. Berg, Trustee | Trustee Compensation | 2100-000 | | 3,234.45 | 19,793.67 |
| 05/05/14 | 005006 | Baldi Berg | Attorney for TR Fees (TR Firm) | 3110-000 | | 3,339.00 | 16,454.67 |
| 05/05/14 | 005007 | Elizabeth C. Berg, Trustee | Trustee Expenses | 2200-000 | | 17.60 | 16,437.07 |
| 05/05/14 | 005008 | Asset Acceptance LLC assignee CHASE Bank USA NA<br>Heritage Frist USA<br>PO Box 2036<br>Warren, MI 48090 | Claim 000001, Payment 23.82209% | 7100-000 | | 2,716.85 | 13,720.22 |
| 05/05/14 | 005009 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000002, Payment 23.82223% | 7100-000 | | 415.20 | 13,305.02 |

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 13-08121 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MORISH, NATHANIEL | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5976  Checking Account |
| Taxpayer ID No: | *******3874 | | |
| For Period Ending: | 06/02/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/05/14 | 005010 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 23.82199% | 7100-000 | | 861.77 | 12,443.25 |
| 05/05/14 | 005011 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000004, Payment 23.82200% | 7100-000 | | 850.35 | 11,592.90 |
| 05/05/14 | 005012 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000005, Payment 23.82203% | 7100-000 | | 717.51 | 10,875.39 |
| 05/05/14 | 005013 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000006, Payment 23.82214% | 7100-000 | | 1,247.73 | 9,627.66 |
| 05/05/14 | 005014 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000007, Payment 23.82198% | 7100-000 | | 1,007.26 | 8,620.40 |
| 05/05/14 | 005015 | Capital One Bank (USA) NA<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000008, Payment 23.82211% | 7100-000 | | 417.28 | 8,203.12 |
| 05/05/14 | 005016 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000009, Payment 23.82233% | 7100-000 | | 325.22 | 7,877.90 |
| 05/05/14 | 005017 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway | Claim 000010, Payment 23.82201% | 7100-000 | | 1,935.56 | 5,942.34 |

LFORM2T4    **UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*     Ver: 17.05d

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-08121 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | MORISH, NATHANIEL | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5976  Checking Account |
| Taxpayer ID No: | *******3874 | | | |
| For Period Ending: | 06/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/05/14 | 005018 | NC4 105 03 14<br>Greensboro, NC 27410<br>FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000011, Payment 23.82207% | 7100-000 | | 1,531.74 | 4,410.60 |
| 05/05/14 | 005019 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000012, Payment 23.82192% | 7100-000 | | 421.91 | 3,988.69 |
| 05/05/14 | 005020 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000013, Payment 23.82209% | 7100-000 | | 2,385.62 | 1,603.07 |
| 05/05/14 | 005021 | American Express Centurion Bank<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000014, Payment 23.82162% | 7100-000 | | 88.14 | 1,514.93 |
| 05/05/14 | 005022 | LVNV Funding, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000015, Payment 23.82218% | 7100-000 | | 749.97 | 764.96 |
| 05/05/14 | 005023 | Portfolio Recovery Associates, LLC<br>successor to HSBC BANK NEVADA, N.A.<br>POB 41067<br>Norfolk VA 23541 | Claim 000016, Payment 23.82160% | 7100-000 | | 205.69 | 559.27 |
| 05/05/14 | 005024 | Portfolio Recovery Associates, LLC<br>successor to GE MONEY BANK, F.S.B.<br>POB 41067 | Claim 000017, Payment 23.82204% | 7100-000 | | 559.27 | 0.00 |

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-08121 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | MORISH, NATHANIEL | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5976  Checking Account |
| Taxpayer ID No: | *******3874 | | | |
| For Period Ending: | 06/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Norfolk VA 23541 | | | | | |

| | Account *******5976 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | | Deposits | 20,312.50 | 24 | Checks | 24,707.14 |
| 0 | | Interest Postings | 0.00 | 3 | Adjustments Out | 67.36 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 20,312.50 | | | |
| | | | | | Total | $ 24,774.50 |
| 0 | | Adjustments In | 0.00 | | | |
| 1 | | Transfers In | 4,462.00 | | | |
| | | Total | $ 24,774.50 | | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 15)

Ver: 17.05d

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-08121 -DRC |
| Case Name: | MORISH, NATHANIEL |
| Taxpayer ID No: | *******3874 |
| For Period Ending: | 06/02/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0734  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/13 | 14 | United States Treasury<br>San Francisco  CA | Tax Refund - 2012 | 1224-000 | 4,532.00 | | 4,532.00 |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - May 13<br>Montly Bank Service Fee actually occurred on June 4, 2013. TCMS will not allow me to post date more than 30 days. ~JMM 7.18.13 | 2600-000 | | 10.00 | 4,522.00 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jun 13 | 2600-000 | | 10.00 | 4,512.00 |
| 08/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jul 13 | 2600-000 | | 10.00 | 4,502.00 |
| 09/11/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Aug 13 | 2600-000 | | 10.00 | 4,492.00 |
| 10/03/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Sept 13 | 2600-000 | | 10.00 | 4,482.00 |
| 11/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Oct 13 | 2600-000 | | 10.00 | 4,472.00 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 4,462.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 4,462.00 | 0.00 |

FORM 2

Page: 6

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-08121 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MORISH, NATHANIEL | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0734  Checking Account |
| Taxpayer ID No: | *******3874 | | |
| For Period Ending: | 06/02/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0734
- Balance Forward: 0.00
- 1 Deposits: 4,532.00
- 0 Interest Postings: 0.00
- Subtotal: $ 4,532.00
- 0 Adjustments In: 0.00
- 0 Transfers In: 0.00
- Total: $ 4,532.00

- 0 Checks: 0.00
- 7 Adjustments Out: 70.00
- 1 Transfers Out: 4,462.00
- Total: $ 4,532.00

Report Totals
- Balance Forward: 0.00
- 2 Deposits: 24,844.50
- 0 Interest Postings: 0.00
- Subtotal: $ 24,844.50
- 0 Adjustments In: 0.00
- 1 Transfers In: 4,462.00
- Total: $ 29,306.50

- 24 Checks: 24,707.14
- 10 Adjustments Out: 137.36
- 1 Transfers Out: 4,462.00
- Total: $ 29,306.50
- Net Total Balance: $ 0.00